James H. Viser, Appellant, v. Alexander C. Roesch as Tax Collector of Manatee County, Florida, Appellee.

### Division A.

Appeal from Circuit Court, Manatee county; Joseph B. Wall, Judge.

S. Y. Finley for appellant, and James H. Viser *in pro per.*

C. C. Whitaker for appellee.

The bill in this cause was filed by the appellant against the appellee. There was a decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision *Per Curiam.*